JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0415 SI |
| Plaintiff, | ) | |
| v. | ) | **GOVERNMENT'S NOTICE OF RELATED CASES** |
| ALENA GRIN, | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | No. CR 08-0043 PJH |
| Plaintiff, | ) | |
| v. | ) | |
| DMITRI GLAZNIKOV, and MAXIM LEONTEV | ) | |
| Defendants. | ) | |

Notice of Related Cases

1   The government hereby files notice pursuant to Crim. L.R.8-1 and Civ. L. R. 3-12 that the newly-assigned case, <u>United States v. Dmitri Glaznikov and Maxim Leontev</u>, No. CR 08-0043 PJH and <u>United States v. Alena Grin</u>, No. CR 07-0415 SI are related and the new matter, which has been assigned to the Honorable Phyllis J. Hamilton, United States District Court Judge, may be reassigned to the Honorable Susan Illston, United States District Court Judge, who presided over the earlier filed matter.

The three named defendants were all involved in a scheme to defraud whereby they received stolen bank account information from Russia and then downloaded the information onto access devices, which they then used at ATMs throughout San Francisco to make unauthorized withdrawals. They lived together during much of the time frame covered in the indictment in No. CR 08-0043 PJH. Ms. Grin was separately charged in CR 07-0415 SI and has already entered a guilty plea, which explains the different case number for Messrs. Glaznikov and Leontev. The evidence in the matters is virtually the same and Judge Illston is already familiar with the Grin matter by virtue of presiding over the case through the entry of guilty pleas. Ms Grin will also be sentenced by Judge Illston. The actions will entail substantial duplication of labor and unnecessary expenses if heard by different judges. Assignment of these actions to a single judge is likely to conserve judicial resources and promote an efficient determination of the actions.

Accordingly, the United States respectfully requests the Court to order that the newly filed action of CR 08-0043 PJH is related to the previously filed matter in CR 07-0415 SI and is therefore reassigned to Judge Illston.

DATED: January 31, 2008                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


_____/s/_____
JEFFREY R. FINIGAN
Assistant United States Attorney

Notice of Related Cases                    2