1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue
   San Francisco, California  94102
7  Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
8  Email: jeffrey.finigan@usdoj.gov
9  Attorneys for Plaintiff

10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                         SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA,              )   Criminal No. CR 08-0043 SI
                                           )
15           Plaintiff,                    )
                                           )
16                                         )
                                           )   **STIPULATION AND [PROPOSED]**
17        v.                               )   **ORDER EXCLUDING TIME**
                                           )
18                                         )
    DMITRI GLAZNIKOV,                      )
19                                         )
             Defendant.                    )
20  _____)

21

22       The above-captioned matter came before the Court on February 29, 2008, for status.  The
23  defendant was represented by Anthony Brass, Esq., and the government was represented by
24  Wendy Thomas, Assistant United States Attorney.  The matter was continued to March 21, 2008,
25  at 11:00 a.m. in this Court for further proceedings.
26       The Court made a finding that the time from and including February 29, 2008, through
27  March 21, 2008, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A),
28  because the ends of justice served by taking such action outweighed the best interest of the public

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 08-0043 SI

1  and the defendant in a speedy trial. The finding was based on the need for the defendant to have
2  reasonable time necessary for effective preparation, taking into account the exercise of due
3  diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

4        The parties hereby agree to and request that the case be continued until March 21, 2008,
5  and that the exclusion of time until then be granted. The parties agree and stipulate that the
6  additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A),
7  because the ends of justice served by this continuance outweigh the best interest of the public and
8  the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively
9  prepare, taking into account the exercise of due diligence, and will provide for continuity of
10 counsel for the defendant.

12 DATED: March 4, 2008                    /s/
13                                          ANTHONY BRASS
                                            Counsel for Dmitri Glaznikov

15 DATED: March 4, 2008                    /s/
16                                          JEFFREY FINIGAN
                                            Assistant U.S. Attorney

18 So ordered.
19 DATED:                                  _____
                                            SUSAN ILLSTON
20                                          UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 08-0043 SI                    2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned certifies that he caused copies of

**STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME**

in the case of <u>**U.S. v. DMITRI GLAZNIKOV**</u>, No. CR-08-0043 SI

to be served on the parties in this action, addressed as follows which are the last known addresses:

Law Office of Anthony J. Brass
3223 Webster St
San Francisco, CA 94123


\_\_\_\_(By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

\_\_\_\_ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

\_\_X\_\_ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

\_\_\_\_ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

March 4, 2008

_____/s/_____
WILSON WONG
United States Attorney's Office